# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

143522

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

　　　　　　　　　　　　　　　　　SC: 143522
　　　　　　　　　　　　　　　　　COA: 303594
　　　　　　　　　　　　　　　　　Oakland CC: 05-204023-FC

SAMUEL MORA,
　　　　Defendant-Appellant.
_____/

　　　　On order of the Court, the application for leave to appeal the July 12, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
Clerk

h0227